# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AVERY RENEE WEBSTER,** | |
| **PLAINTIFF,** | |
| v. | **CIVIL ACTION NO.: 15-1261 (RCL)** |
| **U.S. DEPARTMENT OF ENERGY,** | |
| **DEFENDANT.** | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook and withdraw the appearances of Assistant United States Attorney Brian Field <u>and</u> Assistant United States Attorney William Mark Nebeker as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/ *April Denise Seabrook*
April Denise Seabrook, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division – Room E4822
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2018, the foregoing **Notice of Substitution** has been served on *pro se* Plaintiff via email and first class mail at:

>Avery Renee Webster
>2709 Moores Plains Boulevard
>Upper Marlboro, MD 20774-8059
>averyrw@yahoo.com

>/s/ *April Denise Seabrook*
>APRIL DENISE SEABROOK
>Assistant United States Attorney
>555 Fourth Street, N.W.
>Washington, D.C. 20530
>Office: (202) 252-2525
>Fax: (202) 252-2599
>Email: April.Seabrook@usdoj.gov